UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Peri Weingrad

    Plaintiff(s),

v.

22nd Judicial Circuit Court et al.

    Defendant(s).
_____/

Case No. 24-10202

Judge Sean F. Cox

Magistrate Judge Curtis Ivy

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Christopher P. Yates, in his official and individual capacities for failure to plead or otherwise defend.

### AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on April 18, 2024 at Clerk's Office, State of Michigan Court of Appeals, Hall of Justice, 925 W. Ottawa St., Lansing, Michigan by

   Personal Service.
   [certified mail, regular mail, personal service, waiver of service]

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: May 13, 2024

Signature: [signed]   Peri Weingrad, in pro per

Bar No.

317 S. Division St. PMB 11
Street Address

Ann Arbor, Michigan, 48104
City, State, Zip Code

(734) 353-1923
Telephone Number

periweingrad.inproper@gmail.com
Primary Email Address