UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERI WEINGRAD,

       Plaintiff,                          Case No. 2:23-cv-12761

v.                                          Honorable Susan K. DeClercq
                                              United States District Judge
JULIA B. OWDZIEJ, State Court Judge,
et al.,

       Defendants.

and

PERI WEINGRAD,

       Plaintiff,                          Case No. 2:24-cv-10202

v.                                          Honorable Susan K. DeClercq
                                              United States District Judge
JULIA B. OWDZIEJ, State Court Judge,
et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Plaintiff's Complaint in No. 2:23-CV-12761 (E.D. Mich. Oct. 30, 2023), ECF No. 1, is **DISMISSED**.

Further, it is **ORDERED** that Defendant's Motion to Strike in No. 2:24-CV-10202 (E.D. Mich. June 1, 2023), ECF No. 44, is **GRANTED**.

Further, it is **ORDERED** that Defendants' Motion to Strike in No. 2:24-CV-10202 (E.D. Mich. June 13, 2023), ECF No. 45, is **GRANTED**.

Further, it is **ORDERED** that Defendants' Motion to Strike in No. 2:24-CV-10202 (E.D. Mich. June 13, 2023), ECF No. 48, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Motion to Withdraw in No. 2:24-CV-10202 (E.D. Mich. June 18, 2024), ECF No. 52, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Amended Complaint in No. 2:24-CV-10202 (E.D. Mich. May 30, 2024), ECF No. 35, is **STRICKEN**.

Further, it is **ORDERED** that Plaintiff's Complaint in No. 2:24-CV-10202 (E.D. Mich. Jan. 25, 2024), ECF No. 1, is **DISMISSED**.

Further, it is **ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* on appeal. *See* 28 U.S.C. § 1915(a)(3).

**This order closes the above-captioned cases**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: 8/12/2024