UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PERI WEINGRAD

        Plaintiff(s),

v.

Twenty Second Judicial Circuit Court Et al.

        Defendant(s).
_____/

Case No. 2:24-cv-10202

Susan K. DeClercq

Elizabeth A. Stafford

## NOTICE OF APPEAL

Notice is hereby given that  Plaintiff PERI WEINGRAD  appeals to the United States Court of Appeals for the Sixth Circuit from the:  ☑ Judgment   ☐ Order

☐ Other: _____

entered in this action on  August 12, 2024 .

Date: September 3, 2024

Counsel is: PRO SE

/s/ PERI WEINGRAD

Plaintiff, in propria persona

317 S. Division St. PMB 11
Ann Arbor, Michigan, 48104

(734) 353-1923
periweingrad.inproper@gmail.com

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $605.00 check payable to:  Clerk, U.S. District Court.